Nos. 14-16319, 14-16429

IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

REALTEK SEMICONDUCTOR CORPORATION,
a Taiwanese Corporation

*Plaintiff-Appellee,*

v.

LSI CORPORATION, a Delaware Corporation
and AGERE SYSTEMS, LLC,

*Defendants-Appellants.*

Appeals from the United States District Court for the Northern District
of California in Case No. 5:12-cv-03451-RMW, Judge Ronald M. Whyte

**UNOPPOSED MOTION TO DISMISS CROSS-APPEAL**

Steven S. Baik
SIDLEY AUSTIN LLP
1001 Page Mill Road
Building 1
Palo Alto, CA 94304
(650) 565-7000

Nathaniel C. Love
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603
(312) 853-7000

*Attorneys for Plaintiff-Appellee Realtek Semiconductor Corp.*

Pursuant to Federal Rule of Appellate Procedure 42(b), Realtek Semiconductor Corp. ("Realtek") hereby moves to dismiss its cross-appeal in the above-captioned case, which is pending in this Court as Case No. 14-16429. Realtek moves to dismiss only its cross-appeal, not the lead appeal filed by LSI Corporation and Agere Systems, LLC (collectively "LSI"), pending in this Court as Case No. 14-16319. Realtek intends to file its answering brief in the lead appeal on April 3, 2015, pursuant to the current briefing schedule.

Counsel for Realtek contacted counsel for LSI, who indicated that LSI does not oppose Realtek's motion, and that LSI agrees that each side will bear its own costs with respect to Realtek's cross-appeal.

DATED: Palo Alto, CA
March 31, 2015.

SIDLEY AUSTIN LLP

By: s/ Steven S. Baik
Steven S. Baik
SIDLEY AUSTIN LLP
1001 Page Mill Road, Building 1
Palo Alto, CA 94304
(650) 565-7000

Nathaniel C. Love
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603
(312) 853-7000

## CERTIFICATE OF SERVICE

I, Nathaniel C. Love, a member of the Bar of this Court, hereby certify that on March 31, 2015, I electronically filed the foregoing motion with the Clerk of Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

s/ Nathaniel C. Love
*Counsel for Plaintiff-Appellee*