

Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

Molly C. Dwyer
Clerk of Court

April 07, 2015

---

**To:** Nathaniel C. Love
Steven Baik

**From:** Molly C. Dwyer, Clerk of Court
By: Theresa Hoang, Deputy Clerk

**Re:** Receipt of a Deficient Brief of Appellees on 04/03/2015

USCA No. 14-16319     Realtek Semiconductor Corporat v. LSI
Corporation, et al

---

The answering brief cannot be filed for the following reason(s):

- *Insufficient brief copies: An original and 7 copies of each brief are required. See 9th Cir. R. 31-1. Please* **submit 1 additional copy of the brief.**

- *Motion to seal pending: There is a pending motion that must be decided before this brief can be filed.*

The following action has been taken with respect to the brief received in this office:

- *The deficiency by the appellees is judged to be serious. We cannot file your brief. The deficiency must be corrected within 14 days from the date of this notice or be subject to the provisions of FRAP 31(c).*

  *FRAP 31(c) provides in part:*
  *If appellees fail to file a brief, the appellees will not be heard at oral argument except by permission of the Court.*

When you submit corrections to your brief, **please return a copy of this letter.** If you don't submit your correction within 14 days of this notice, you must file a motion for leave to file a late brief. *See* 9th Cir. R. 31-2.3 re: Extensions of time for filing brief.